FILED
United States Court of Appeals
Tenth Circuit

May 16, 2011

Elisabeth A. Shumaker
Clerk of Court

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

---

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

LARRY DARNELL EASON,

    Defendant - Appellant.

No. 11-6027

---

## ORDER

---

Before **KELLY** and **GORSUCH**, Circuit Judges.

---

    This matter is before the court on Appellant's second motion for extension of time to respond to Appellee's motion to enforce plea agreement. The motion is granted. Appellant's response to Appellee's motion to enforce plea agreement shall be served and filed on or before June 17, 2011. No further extensions will be granted.

    Entered for the Court,

    *Elisabeth A. Shumaker*

    ELISABETH A. SHUMAKER, Clerk