UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff/Appellee, | ) |
| | ) |
| vs. | ) CCA# 11-6027 |
| | ) |
| LARRY DARNELL EASON, | ) |
| | ) |
| Defendant/Appellant, | ) |

**LARRY DARNELL EASON'S MOTION FOR
EXTENSION OF TIME TO FILE RESPONSE TO APPELLEE'S
MOTION TO ENFORCE PLEA AGREEMENT**

COMES NOW, Bill Zuhdi, court-appointed counsel for Appellant Larry Darnell Eason ("Mr. Eason") and moves this Honorable Court, pursuant 10th Cir. R. 27.4, for an extension of time of three business days from June 17, 2011, or until June 22, 2011, in which to file his Response to Appellee's Motion to Enforce Plea Agreement. In support of this request, Appellant would show this Court as follows:

1. The Response to Appellee's Motion to Enforce Plea Agreement is due to be filed June 17, 2011.

2. Two previous extensions of time to file Response has been requested and granted.

3. Counsel for Mr. Eason is a sole practitioner and is not associated with any other counsel who can prepare the brief for filing.

4. The client has asked counsel not to file an *Anders* Brief in this matter. There is one further item of investigation which counsel needs to complete and counsel anticipates having that task completed and therefore able to file the response within three (3) business days or until June 22, 2011. Counsel believed the investigation would have been completed by now but there has been delays, therefore, the reason for an extension of three days was unknown to counsel until this date. 10th Cir. R. 27.4(F).

5. Counsel for Mr. Eason has conferred with counsel for the government and the government has no objection to this extension request.

6. Mr. Eason is in custody at USP Lampoc, U.S. Penitentiary, 3901 Klein Blvd., Lompoc, California on the sentence which is the subject of this appeal.

WHEREFORE, Mr. Eason requests an extension of time of three business days from June 17, 2011, or until June 22, 2011, which to file his Brief of Appellant.

                                                            Respectfully submitted,

                                           s/Bill Zuhdi
                                           Bill Zuhdi, OBA #10013
                                           Bill Zuhdi, Attorney at Law, P.C.
                                           P.O. Box 1077
                                           Oklahoma City, OK 73101
                                           (405)232-1400 (office)
                                           (405)755-9686 (facsimile)
                                           zlawoffice@aol.com (E-mail)

## CERTIFICATE OF MAILING AND ELECTRONIC SERVICE
## CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2011, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

AUSA Jeb Boatman
jeb.boatman@usdoj.gov


                                       S/Bill Zuhdi
                                       Bill Zuhdi

## CERTIFICATE OF DIGITAL SUBMISSIONS

I certify that all required privacy redactions have been made, and with the exception of those redactions, every document submitted in digital form or scanned PDF format is an exact copy of the written document filed with the Clerk.

I also certify that the digital submissions have been scanned for viruses with the most recent version of a commercial virus-scanning program, Norton Virus Scan, updated 4/11, and according to the program, are free of viruses.

                                       S/Bill Zuhdi
                                       Bill Zuhdi