FILED
United States Court of Appeals
Tenth Circuit

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

June 20, 2011

Elisabeth A. Shumaker
Clerk of Court

---

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

LARRY DARNELL EASON,

    Defendant - Appellant.

No. 11-6027

---

**ORDER**

---

    This matter is before the court on Appellant Larry Darnell Eason's Motion for Extension of Time to File Response to Appellee's Motion to Enforce Plea Agreement. This is Appellant's third motion for an extension of time to file a response to the government's motion to enforce the plea agreement. A panel of this court previously granted Appellant's second motion for an extension of time and expressly stated that "[n]o further extension will be granted." As a result, Appellant's third motion for extension of time must be denied.

    The due date for Appellant's response has passed. Appellant may submit a response along with a motion to file the response out of time on or before the close of business June 21, 2011. If no motion or response is submitted within that time, the

matter will be submitted to the court without the benefit of Appellant's input.

        Entered for the Court,
        ELISABETH A. SHUMAKER, Clerk

        by:    Lara Smith
              Counsel to the Clerk