UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff/Appellee, ) | |
| ) | |
| ) | |
| vs. ) | CCA# 11-6027 |
| ) | |
| LARRY DARNELL EASON, ) | |
| ) | |
| Defendant/Appellant, ) | |

LARRY DARNELL EASON'S
MOTION TO FILE RESPONSE TO MOTION TO ENFORCE
APPEAL WAIVER OUT OF TIME

COMES NOW, Bill Zuhdi, court-appointed counsel for Appellant Larry Darnell Eason ("Mr. Eason") and moves this Honorable Court, pursuant 10th Cir. R. 27.4, for an extension of time to file a Response to Motion to Enforce Appeal Waiver Out of Time. In support of this request, Appellant would show this Court as follows:

1. The Response to Appellee's Motion to Enforce Plea Agreement was due to be filed June 17, 2011.

2. Two previous extensions of time to file Response had been requested and granted.

3. In Mr. Eason's third Motion for Extension of Time to File Response to Appellee's Motion to Enforce Plea Agreement filed on June 17, 2011, counsel

stated that Mr. Eason had asked counsel not to file an *Anders* Brief in this matter and there was one further item of investigation which counsel needed to complete. Counsel then requested an extension of time of three business days to file the Response.

4. In examining whether to file an Anders brief or to prepare a meritorious response over the course of the previous extension time periods, counsel had examined the transcripts numerous times as well as researched case law to see if there was a meritorious legal bases to implement Mr. Eason's request that an Anders brief not be filed. Also in trying to follow Mr. Eason's request, continued research was necessary on the government's position that the appeal be dismissed. After conducting such research, and up until the third extension was requested, counsel had planned to file an Anders brief. After it occurred to counsel just prior to June 17 there may be a legal basis for the appeal, further investigation was necessary. It had suddenly occurred to counsel that there may exist a meritorious issue to support Appellant's position. Counsel had determined near the due date of the response that the time period between the presentence investigation report revised and addendum attached in which Mr. Eason had absconded and the creation of the second revised presentence investigation report created a guideline range to which Mr. Eason did not

waive his right to appeal. Therefore, it was necessary for counsel to research for case law on point, analyze and write the response on this newly apparent issue because counsel believed the issue was meritorious and counsel believed, in order to render effective assistance of counsel, it was necessary. Counsel in his research did not find any case law on point for what he believes is a novel issue.

5. The government had no objection to the extension request.

6. Mr. Eason is in custody at USP Lampoc, U.S. Penitentiary, 3901 Klein Blvd., Lompoc, California on the sentence which is the subject of this appeal.

Respectfully submitted,

s/Bill Zuhdi
Bill Zuhdi, OBA #10013
Bill Zuhdi Attorney at Law, P.C.
P.O. Box 1077
Oklahoma City, OK 73101
(405)232-1400 (office)
(405)755-9686 (facsimile)
Zlawoffice@aol.com (e-mail)
ATTORNEY FOR APPELLANT

## CERTIFICATE OF MAILING AND ELECTRONIC SERVICE

This is to certify that on June 21, 2011, and pursuant compliance with the 10th Circuit U.S. Court of Appeals, copies are provided to:

AUSA Jeb Boatman
jeb.boatman@usdoj.gov
Assistant United States Attorney
210 W. Park Avenue, Suite 400
Oklahoma City, Oklahoma

                                                S/Bill Zuhdi
                                                Bill Zuhdi

## **CERTIFICATE OF DIGITAL SUBMISSIONS**

I certify that all required privacy redactions have been made, and with the exception of those redactions, very document submitted in digital form or scanned PDF format is an exact copy of the written document filed with the Clerk.

I also certify that the digital submissions have been scanned for viruses with the most recent version of a commercial virus-scanning program, Norton Virus Scan, and according to the program, are free of viruses.

                                                S/Bill Zuhdi
                                                Bill Zuhdi